Yong Bom (Brian) Lee, California State Bar No. 213860
Wilson Quan, California State Bar No. 225343
Hyong C. Kim, California State Bar No. 231034
LAW OFFICE OF LEE & ASSOCIATES
3530 Wilshire Blvd., Suite 1280
Los Angeles, California 90010
Tel. No. (213) 368-7717, Fax No. (213) 368-7718
wilshirefirm@yahoo.com

Attorneys for Defendant, Third Party Defendant
and Third Party Plaintiff California Girlz, Inc.

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>        Plaintiff,<br>  v.<br><br>VANITY, INC., a North Dakota corporation, et. al.<br>        Defendants.<br>VANITY, INC., a North Dakota corporation,<br>        Third-Party Plaintiff,<br>  v.<br><br>CALIFORNIA GIRLZ, INC., a California corporation, et. al.<br><br>        Third-Party Defendant.<br>CALIFORNIA GIRLZ, INC., a California corporation,<br>        Third-Party Plaintiff,<br>  v.<br><br>US TEXTILE PRINTING, INC., a California corporation, and Does 1 through 10, inclusive.<br><br>        Third-Party Defendant | Case No.: CV-10-4417 JFW (SSx)<br><br>**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF THIRD-PARTY COMPLAINT BY THIRD-PARTY PLAINTIFF CALIFORNIA GIRLZ, INC. AGAINST US TEXTILE PRINTING, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1

Based upon the Stipulation by third-party plaintiff California Girlz, Inc., and third-party defendant US Textile Printings, Inc.,

IT IS HEREBY ORDERED that California Girlz, Inc.'s Third-Party Complaint against US Textile Printing, Inc. is dismissed with prejudice, each party to bear its respective attorney's fees and costs.

DATED: June 10, 2011

_____
John F. Walter /s/
JUDGE OF THE UNITED STATES DISTRICT COURT